## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Criminal Action No. 08-_118_ M ) |
| | ) ) |
| JIMMY LEE PIERCE, | ) ) |
| Defendant. | ) |

## MOTION FOR DETENTION HEARING

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

_____ Crime of violence (18 U.S.C. § 3156)

_____ Maximum sentence life imprisonment or death

__x__ 10+ year drug offense

_____ Felony, with two prior convictions in above categories

_____ Minor victim

_____ Possession/ use of firearm, destructive device or other dangerous weapon

_____ Failure to register under 18 U.S.C. § 2250

__x__ Serious risk defendant will flee

_____ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

__x__ Defendant's appearance as required

_x_    Safety of any other person and the community

3. **Rebuttable Presumption**.  The United States **will**  invoke the rebuttable presumption against defendant under § 3142(e).  The presumption applies because:

_x_    Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c), or a federal crime of terrorism, or a specified offense with minor victim

____ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**.  The United States requests the court conduct the detention hearing,

____ At first appearance

_X_  After continuance of _3_ days (not more than 3).

5. **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of _____days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

   1. At the time the offense was committed the defendant was:

      ____ (a) on release pending trial for a felony;

      ____ (b) on release pending imposition or  execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

      ____ (c) on probation or parole for an offense.

   ____ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

   ____ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____    _____

_____    _____

DATED this 16th day of  July_____, 2008.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shannon T. Hanson
Assistant United States Attorney