UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Criminal Action No. 08-118-M |
| | : | |
| JIMMY LEE PIERCE, | : | |
| | : | |
| Defendant. | : | |

**SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE**

**PLEASE** withdraw the appearance of Edson A. Bostic, Esquire as attorney of record and enter the appearance of Luis A. Ortiz, Esquire as attorney on behalf of Defendant, Jimmy Lee Pierce, in the above-captioned matter.

　　　　　　　　　　　　　　　　　　　　　　 */s/ Luis A. Ortiz*
　　　　　　　　　　　　　　　　　　　　　　 LUIS A. ORTIZ, ESQUIRE
　　　　　　　　　　　　　　　　　　　　　　 Assistant Federal Public Defender
　　　　　　　　　　　　　　　　　　　　　　 One Customs House, Suite 110
　　　　　　　　　　　　　　　　　　　　　　 704 King Street
　　　　　　　　　　　　　　　　　　　　　　 Wilmington, DE  19801
　　　　　　　　　　　　　　　　　　　　　　 302-573-6010
　　　　　　　　　　　　　　　　　　　　　　 ecf_de@msn.com

DATED: July 18, 2008