IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : : : | |
| v. | : : | Criminal Action No.  08-118-M |
| JIMMY LEE PIERCE, | : : | |
| Defendant. | : | |

**NOTICE OF SUBSTITUTION OF COUNSEL**
**AND ENTRY OF APPEARANCE**

Notice is hereby given to the substitution of Edward J. McAndrew in place of Shannon Thee Hanson, as the attorney for the United States of America in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

By:   /s/ Edward J. McAndrew
       Edward J. McAndrew
       Assistant United States Attorney
       United States Attorney's Office
       1007 Orange Street
       Suite 700
       Wilmington, Delaware 19899-2046
       (302) 573-6227
       Ed.mcandrew@usdoj.gov

Dated:  July 29, 2008